■ KENNETH JONES, Petitioner, v STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—Determination of the State Human Rights Appeal Board, dated July 9, 1979, unanimously confirmed, on the merits without costs and without disbursements. (See Matter of Callaghan v New York State Div. of Human Rights, 72 AD2d 679). No opinion. Concur—Birns, J. P., Fein, Markewich, Lupiano and Ross, JJ.

■ In the Matter of ARTHUR A. GROSSMAN, Appellant, v CITY OF NEW YORK et al., Respondents.—Judgment, Supreme Court, New York County, entered on October 5, 1978, unanimously affirmed, without costs and without disbursements, and the appeal from the order entered November 14, 1978, dismissed as nonappealable, without costs and without disbursements. No opinion. Concur—Bloom, J. P., Markewich, Silverman and Ross, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENITO COLON, Appellant.—Judgment, Supreme Court, New York County, rendered on January 5, 1977, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Bloom, J. P., Markewich, Silverman and Ross, JJ.